UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FENIX SECURITIES, LLC,

                Petitioner,

-against-

AXOS CLEARING LLC (FORMERLY KNOWN AS COR CLEARING LLC),

                Respondent.

Civil Action No.: 19-CV-03331

## NOTICE OF APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT:

        PLEASE enter the appearance of Jeremy E. Deutsch of Anderson Kill P.C., as counsel on behalf of Respondent, AXOS CLEARING LLC (FORMERLY KNOWN AS COR CLEARING LLC), in the above-captioned matter. The undersigned is in good standing with the Bar of the State of New York.

Dated:  New York, New York
         April 16, 2019

**ANDERSON KILL P.C.**

_____
Jeremy E. Deutsch, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 278-1000
Fax: (212) 278-1733
jdeutsch@andersonkill.com

*Counsel for Respondent*

docs-100117697.1