UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FENIX SECURITIES, LLC,

                  Petitioner,

-against-

AXOS CLEARING LLC (FORMERLY KNOWN AS COR CLEARING LLC),

                  Respondent.

Civil Action No.: 19-CV-03331

## NOTICE OF APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT:

      PLEASE enter the appearance of Christian V. Cangiano of Anderson Kill P.C., as counsel on behalf of Respondent, AXOS CLEARING LLC (FORMERLY KNOWN AS COR CLEARING, LLC), in the above-captioned matter. The undersigned is in good standing with the Bar of the State of New York.

Dated:   New York, New York
           April 16, 2019

ANDERSON KILL P.C.

_____
Christian V. Cangiano, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 278-1000
Fax: (212) 278-1733
ccangiano@andersonkill.com

*Counsel for Respondent*