UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FENIX SECURITIES, LLC,<br><br>    Petitioner,<br><br>v.<br><br>AXOS CLEARING LLC (FORMERLY KNOWN AS COR CLEARING LLC),<br><br>    Respondent. | Case No.:  1:19-cv-03331-LGS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Sarah Chaudhry, of Eversheds Sutherland (US) LLP, hereby appears in the above-captioned action as counsel of record for Petitioner FENIX SECURITIES, LLC.

Accordingly, all documents related to the above-referenced action should be served on the undersigned counsel.

Dated:  April 16, 2019

                                      Respectfully submitted,

                                      **EVERSHEDS SUTHERLAND (US) LLP**

By:    s/ Sarah Chaudhry
          Sarah Chaudhry
          1114 Avenue of Americas, 40th Floor
          New York, New York 10036
          Telephone: (212) 389-5000
          Facsimile: (212) 389-5099
          sarahchaudhry@eversheds-sutherland.com

*Counsel for Petitioner*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Appearance has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 16th day of April, 2019.

s/ Sarah Chaudhry