# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

FENIX SECURITIES, LLC

    Plaintiff,

-v-

AXOS CLEARING LLC (formerly known as COR CLEARING LLC)

    Defendant.

Case No. 19-CV-03331

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

AXOS CLEARING LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

AXOS CLEARING LLC's indirect ultimate corporate parent is AXOS FINANCIAL, INC., a publicly traded entity.

Date: April 16, 2019

Signature of Attorney

Attorney Bar Code: JD3868

Form Rule7_1.pdf  SDNY Web 10/2007