UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FENIX SECURITIES, LLC,<br><br>                    Petitioner,<br><br>    -against-<br><br>AXOS CLEARING LLC (FORMERLY KNOWN AS COR CLEARING LLC),<br><br>                    Respondent. | Civil Action No.: 19-CV-03331-LGS |

### NOTICE OF APPEARANCE OF COUNSEL

TO: THE CLERK OF THE COURT:

      PLEASE enter the appearance of Christopher Paolino of Anderson Kill P.C., as counsel on behalf of Respondent, AXOS CLEARING LLC (FORMERLY KNOWN AS COR CLEARING, LLC), in the above-captioned matter.  The undersigned is in good standing with the Bar of the State of New York.

Dated:   New York, New York
           April 16, 2019

**ANDERSON KILL P.C.**

/s/ Christopher Paolino
_____
Christopher Paolino, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel.: (212) 278-1000
Fax: (212) 278-1733
cpaolino@andersonkill.com

*Counsel for Respondent*

docs-100117794.1