UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FENIX SECURITIES, LLC
                               Petitioner,

               -against-

AXOS CLEARING LLC,
                              Respondent.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2019

19 Civ. 3331 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Petitioner's motion for a temporary restraining order ("TRO") was granted on April 16, 2019, and the TRO will expire on April 30, 2019, at 1:00 p.m.  It is hereby

      **ORDERED** that no later than **April 25, 2019**, the parties shall meet and confer and file a <u>joint</u> letter that provides the parties' joint proposals regarding:  (1) whether the parties wish to submit further briefing or will rest on their initial application and opposition papers regarding why the TRO should not be converted into a preliminary injunction, (2) if the parties intend to submit further briefing, a proposed schedule, (3) three dates after May 6, 2019, when the parties can meet later than 5:00 p.m. (to accommodate the Court's trial schedule) for a hearing on the preliminary injunction motion, and (4) whether, in the interim period between expiration of the TRO and the issuance of a preliminary injunction decision, the parties agree to maintain the current TRO, a modified version of the TRO or to comply with some other terms for the parties' conduct.  If the parties cannot reach agreement on these items, they shall set out their respective positions in the joint letter.

Dated: April 18, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE