USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FENIX SECURITIES, LLC                                       :
                              Petitioner,                   :     19 Civ. 3331 (LGS)
                                                            :
           -against-                                        :     ORDER
                                                            :
AXOS CLEARING LLC,                                          :
                              Respondent.                   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

In light of the transcript filed on April 18, 2019, at Dkt. No. 13, in which Judge Wood lifted the temporary restraining order, the Order at Dkt. No. 12 is vacated.

SO ORDERED.

Dated: April 19, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**