UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FENIX SECURITIES, LLC,<br><br>                        Petitioner,<br><br>and<br><br>AXOS CLEARING LLC (FORMERLY KNOWN AS COR CLEARING LLC),<br><br>                        Respondent. | Case No. 1:19-cv-03331 (LGS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioner FENIX SECURITIES, LLC and its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Respondent AXOS CLEARING LLC (formerly known as COR CLEARING LLC).

Dated:  April 26, 2019

                                                            Respectfully submitted,

                                                            **EVERSHEDS SUTHERLAND (US) LLP**

                                                            /s/ Peter Ligh
                                                            Peter Ligh
                                                            Sarah Chaudhry
                                                            1114 Avenue of the Americas
                                                            The Grace Building, 40th Floor
                                                            New York, New York 10036
                                                            Telephone:  (212) 389-5000
                                                            Facsimile: (212) 289-5099
                                                            peterligh@eversheds-sutherland.com
                                                           sarahchaudhry@eversheds-sutherland.com

                                                           *Counsel for Petitioner*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Notice of Voluntary Dismissal** has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, on this 26th day of April, 2019.

/s/ Peter Ligh